Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for PNC Bank, N.A.*



FILED ✓   RECEIVED ___
ENTERED ___   SERVED ON ___
COUNSEL/PARTIES OF RECORD

JAN - 8 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE MARGARET MARINO, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PNC BANK, N.A.<br><br>Defendant. | Case No. 3:17-cv-00179-MMD-VPC<br><br>**STIPULATION AND ORDER VACATING CASE MANAGEMENT CONFERENCE SCHEDULED FOR January 11, 2018** |

Plaintiff Valerie Margaret Marino ("Plaintiff" or "Marino") and Defendant PNC Bank, NA ("Defendant" or "PNC Bank") respectfully, in accordance with this Court's August 15, 2017 Minute Order (ECF No. 24) submit this stipulation that there are currently no issues for the Court to consider and that the case management conference be vacated. In accordance with the Minute Order, the parties provide the following discovery status report:

**Discovery:** Except as stated in this report, the parties do not propose any revisions to the discovery limitations specified by applicable rules and the Court's scheduling order. *See* ECF No. 22. The parties have exchanged initial disclosures, and Plaintiff has served interrogatories, requests for production, and requests for

admission on PNC. PNC has served responses to Plaintiff's discovery requests and propounded interrogatories and requests for production on Plaintiff.

Dated this 5th day of January, 2018.

| | |
|---|---|
| Ballard Spahr, LLP | Christopher P. Burke, Esq. |
| By: /s/ Joel E. Tasca | By: /s/ Christopher P. Burke |
| Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | Christopher P. Burke<br>Nevada Bar No. 4093<br>702 Plumas Street<br>Reno, Nevada 89509<br><br>Scott Craig Borison<br>Admitted *Pro Hac Vice*<br>Legg Law Firm LLP<br>1900 S Norfolk St., Ste. 350<br>San Mateo, CA 94403 |
| *Attorneys for Defendant PNC Bank, N.A.* | *Attorneys for Plaintiff Valerie Margaret Marino* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: January 8, 2018

2