1 | Joel E. Tasca
Nevada Bar No. 14124
2 | Lindsay Demaree
Nevada Bar No. 11949
3 | BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
4 | Las Vegas, Nevada 89135
Telephone: (702) 471-7000
5 | Facsimile: (702) 471-7070
tasca@ballardspahr.com
6 | demareel@ballardspahr.com

7 | *Attorneys for PNC Bank, N.A.*



FILED          RECEIVED
ENTERED        SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 16 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

8

9

10 | **UNITED STATES DISTRICT COURT**

11 | **DISTRICT OF NEVADA**

12 | VALERIE MARGARET MARINO,
individually and on behalf of others
13 | similarly situated,

14 |       Plaintiff,

15 | vs.

16 | PNC BANK, N.A.

17 |       Defendant.

Case No. 3:17-cv-00179-MMD-VPC

**STIPULATION AND ORDER TO
EXTEND TIME FOR PNC BANK TO
RESPOND TO PLAINTIFF'S
AMENDED COMPLAINT**

18

19 |     Plaintiff Valerie Margaret Marino ("Plaintiff" or "Marino") and Defendant PNC

20 | Bank, NA ("PNC") (together, the "Parties") stipulate and agree to extend the time for

21 | PNC to respond to Plaintiff's amended complaint until the later of (i) August 3, 2018,

22 | or (ii) 10 calendar days after the Ninth Circuit issues its mandate in the pending

23 | appeal of *Vanamann v. NationStar Mortgage, LLC*, Appeal No. 17-15737

24 | ("Vanamann"). PNC's response is currently due July 13, 2018, and this is the Parties'

25 | first request to extend this deadline. As set forth below, good cause supports this

26 | extension:

27 | **I.**    **The Court Stayed This Case Pending the Ninth Circuit's Ruling in *Vanamann***

28 |     1.    On January 30, 2018, the Court granted the Parties' request to stay this

*BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070*

1  case pending the Ninth Circuit's ruling in *Vanamann*.  *See* Minute Order, ECF No.

2  39.

3      2.    As explained in the Parties' joint motion (EFC No. 36), the *Vanamann*

4  appeal raises legal issues that would significantly affect Plaintiff's claims in this case.

5  Moreover, the appellant in *Vanamann* is represented by the undersigned Plaintiff's

6  counsel.

7      3.    On May 18, 2018, the Ninth Circuit issued its unpublished ruling

8  affirming summary judgment in favor of the defendant in *Vanamann*.

9      4.    Pursuant to the Court's minute order (*see* ECF No. 42), Plaintiff filed an

10  amended complaint on June 29, 2018.  *See* Am. Compl., ECF No. 44.  The current

11  deadline for PNC to respond to Plaintiff's amended complaint is July 13, 2018.

12  **II.**    **The *Vanamann* Appeal Remains Subject to Change by the Ninth Circuit**

13      5.    Also on June 29, 2018, Ms. Vanamann (represented by Plaintiff's counsel

14  here) filed a petition for rehearing.  *See Vanamann*, Appeal No. 17-15737.  This

15  petition requests that the Ninth Circuit reconsider its prior ruling.

16      6.    The Ninth Circuit has yet to rule on Ms. Vanamann's petition for

17  rehearing or issue a mandate in the *Vanamann* appeal.

18      7.    The *Vanamann* appeal thus remains subject to reconsideration by the

19  Ninth Circuit.

20  **III.**   **The Parties Agree to Extend Time for PNC's Response to Plaintiff's Complaint**

21      8.    To ensure efficient use of the Parties' and the Court's resources, the

22  Parties seek to wait until the Ninth Circuit's *Vanamann* ruling is final.  As noted

23  above, the *Vanamann* ruling may affect this case given the similarity between

24  Plaintiff's claim for a willful FCRA violation and the willful FCRA violation at issue

25  in *Vanamann*.

26  …

27  …

28

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

9.     Accordingly, the Parties stipulate and agree to extend the time for PNC to respond to Plaintiff's amended complaint until the later of (i) August 3, 2018, or (ii) 10 calendar days after the Ninth Circuit issues its mandate in *Vanamann*.

10.     The Parties request this extension in good faith and not for purposes of delay.

Dated this 12th day of July, 2018.

BALLARD SPAHR LLP                        Christopher P. Burke, Esq.

By: /s/ Lindsay Demaree                   By: /s/ Christopher P. Burke
Joel E. Tasca                             Christopher P. Burke
Nevada Bar No. 14124                      Nevada Bar No. 4093
Lindsay Demaree                           702 Plumas Street
Nevada Bar No. 11949                      Reno, Nevada 89509
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135                   Scott Craig Borison
                                          Admitted *Pro Hac Vice*
*Attorneys for Defendant PNC Bank, N.A.*  Legg Law Firm LLP
                                          1900 S Norfolk St., Ste. 350
                                          San Mateo, CA 94403

                                          *Attorneys for Plaintiff Valerie Margaret Marino*

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: _July 18, 2018_

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

3