AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

VALERIE MARGARET MARINO,

        Plaintiff,

  v.

PNC BANK, N.A., et al.

        Defendants.

AMENDED JUDGMENT IN A CIVIL CASE

Case Number:  3:17-cv-00179-MMD-CBC

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that PNC's motion to dismiss (ECF No. 47) is granted. Marino's amended complaint (ECF No. 44) is dismissed with prejudice.

    **IT IS FURTHER ORDERED AND ADJUDGED** that judgment is hereby entered and this case is closed.

Date: October 19, 2018

DEBRA K. KEMPI  
Clerk



/s/K. Walker  
Deputy Clerk